# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **CANDICE CHERIE MARTIN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:24-cv-267-AMM-GMB |
| ) | |
| **KIMBERLY NEELY,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report, Doc. 10, on September 19, 2024, recommending that the petition for a writ of habeas corpus, Doc. 1, be dismissed without prejudice. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** this 17th day of October, 2024.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE